Certificate Number: 17082-CAE-DE-028649263

Bankruptcy Case Number: 16-91000


17082-CAE-DE-028649263

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2017, at 10:32 o'clock PM MST, MAURICE SMALLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: January 20, 2017   By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director